[No. 43734-8-I. Division One. September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL MAYES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00152-2, Harriett M. Cody, J., entered November 2, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43946-4-I. Division One. September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY KINCAID TUTWILER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02972-9, Charles W. Mertel, J., entered December 29, 1998. *Remanded* by unpublished per curiam opinion.

[No. 43972-3-I. Division One. September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD LEVELLE GUILDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-04700-5, Carlos Y. Velategui, J. Pro Tem., entered December 16, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 17806-4-III. Division Three. September 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 97-1-00034-8, Wallis W. Friel, J., entered August 14, 1998. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.